```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TANYELL SIMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　　　　　　Defendants. | Case No.: 1:22-cv-10778-VEC<br><br>NOTICE OF SETTLEMENT |

　　　　**NOTICE IS HEREBY GIVEN** that Plaintiff Tanyell Sims ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Experian only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 17, 2023,　　　　　　　　　**CONSUMER ATTORNEYS**

　　　　　　　　　　　　　　　　By:　　*/s/ Levi Y. Eidelman*
　　　　　　　　　　　　　　　　　　　Levi Y. Eidelman
　　　　　　　　　　　　　　　　　　　300 Cadman Plaza West, 12th Floor
　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　T: (718) 360-0763
　　　　　　　　　　　　　　　　　　　F: (718) 715-1750
　　　　　　　　　　　　　　　　　　　E: leidelman@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　Daniel Chaim Cohen
　　　　　　　　　　　　　　　　　　　300 Cadman Plaza West, 12th Floor
　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　T: (718) 770-7901
　　　　　　　　　　　　　　　　　　　F: (718) 715-1750
　　　　　　　　　　　　　　　　　　　E: dcohen@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Tanyell Sims*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart

---

Application GRANTED in part.

It is hereby ordered that Plaintiff's claims against Experian Information Solutions, Inc. are DISMISSED with prejudice. Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within 30 days. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate Defendant Experian Information Solutions, Inc.

SO ORDERED.

Date: 4/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE