USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TANYELL SIMS,                                               :
                                Plaintiff,    :
                                         :
              -against-                              :   22-CV-10778 (VEC)
                                         :
EXPERIAN INFORMATION SOLUTIONS,                             :   ORDER
INC.; TRANS UNION, LLC; AND                                 :
AMERICAN EXPRESS NATIONAL BANK;                             :
                                         :
                                Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, District Judge:

WHEREAS the only remaining Defendant in this case is American Express National Bank ("American Express"), *see* Dkts. 34, 37; and

WHEREAS on February 13, 2023, the case against American Express was stayed pending arbitration, *see* Dkt. 29.

IT IS HEREBY ORDERED that the parties must provide a joint update regarding the status of arbitration by no later than **June 12, 2023**.

**SO ORDERED.**

Date:  June 5, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**